IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RALPH REGINALD CAIN,

    Plaintiff,

v.                                                    CASE NO. 4:13-cv-77-MW/CAS

SHELL OIL CO. and
CIRCLE K. STORES, INC.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR TELEPHONE APPEARANCE AT PRETRIAL

This Court has considered, without hearing, Defendant's Unopposed Motion for Entry of Order Allowing Defense Counsel to Appear at Pretrial Via Telephone, ECF No. 73, filed January 15, 2014. The motion is **GRANTED**. Joel Mohorter is directed to contact the Court's courtroom deputy, Pamela Lourcey, at 850.521.3513, to make arrangements to appear via telephone.

**SO ORDERED on January 16, 2014.**

                                              s/Mark E. Walker            
                                              **United States District Judge**